**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 6:11-CR-36-ORL-19KRS

BRIAN JONTAE PHILLIPS

_____

ORDER

This case having been considered by the Court on Report and Recommendation

Concerning Plea of Guilty (Doc. No. 51, filed March 31, 2011) and no objection thereto

having been filed, it is **ORDERED:**

1.      The Report and Recommendation of the United States Magistrate Judge (Doc.

No.  51) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.      Defendant Brian Jontae Phillips has entered a plea of guilty to Count One of

the Indictment knowingly, intelligently and voluntarily.   Such plea is accepted, and

Defendant is adjudicated guilty of Count One of the Indictment.

3.      Ruling on acceptance of the Plea Agreement (Doc. No. 47, filed March 30,

2011) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this ___4th___ day of April, 2011.


PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT


Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy